**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Marlborough, MA **Category No.** II **Investigating Agency** DHS-ICE

**City** Marlborough

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number 26-MJ-3347-JDH

Search Warrant Case Number ______

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ [ ] Yes [x] No

**Defendant Information:**

Defendant Name Alcario Lorenzo Lopez Juvenile: [ ] Yes [x] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [x] No

Alias Name: ______

Address: Marlborough, MA

Birth date (Yr only): 1994 SSN (last 4#): ______ Sex: M Race ______ Nationality: Guatemala

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Catherine Conroy Bar Number if applicable: ______

**Interpreter:** [x] Yes [ ] No List language and/or dialect: Spanish

**Victims:** [ ] Yes [x] No If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [x] No

**Matter to be SEALED:** [ ] Yes [x] No

[x] Warrant Requested [ ] Regular Process [x] In Custody

**Location Status:** Middlesex Jail

**Arrest Date:** ______

[ ] Already in Federal Custody as of ______ in ______ .

[x] Already in State Custody at Middlesex Jail [ ] Serving Sentence [x] Awaiting Trial

[ ] On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** [x] Complaint [ ] Information [ ] Indictment

**Total # of Counts:** [ ] Petty ______ [ ] Misdemeanor ______ [x] Felony One

Continue on Page 2 for Entry of U.S.C. Citations

[ ] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/22/2026 Signature of AUSA: */s/ Catherine Conroy*

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Alcario Lorenzo Lopez

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326(a) | Unlawful reentry of a deported alien | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**